UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAUN LAMAR BOUNDS,

       Plaintiff,

v.                                                                  Case No. 23-cv-13078
                                                                    Honorable Linda V. Parker

RAPHAEL WASHINGTON, et al.,

       Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S OCTOBER 21, 2024 REPORT AND RECOMMENDATION

On December 5, 2023, Plaintiff Deshaun Lamar Bounds, proceeding pro se, commenced this lawsuit against several Wayne County Sheriff's Office personnel, namely Raphael Washington, Sheriff; Mike Jaafar,[1] Undersheriff; Robert Dunlap, Chief of Jails; and Antony Boyer, Disciplinary Hearing Officer (collectively "Defendants").  (ECF No. 1.)  Mr. Bounds filed the lawsuit under 42 U.S.C. § 1983, stating that they violated his Eighth and Fourteenth Amendment rights.  (*Id*.)  On April 23, 2024, Defendants filed a motion to dismiss, or, in the alternative, a motion for summary judgment pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, respectively.  (ECF No. 14.)  The matter and Defendants' motion

---

[1] Mr. Jaafar's name is misspelled in the complaint as Mike Jamar.

1

has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 15.)

The magistrate court construed Defendants' motion as a motion to dismiss. (*See* ECF No. 21.)  On October 21, 2024, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Defendants' motion.  (*Id.*)  At the conclusion of her R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (*Id.*)  She further specifically advises the parties that "[i]f a party fails to timely file specific objections, any further appeal is waived."  (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 14) is **GRANTED**.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: December 2, 2024

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 2, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager